THE TONICA AND PETERSBURG RAILROAD COMPANY, Appellant, *v.* JOHN ROBERTS, Appellee.

### APPEAL FROM TAZEWELL.

The Supreme court will not disturb the verdict, assessing damages for a right of way, merely because such damages are large; when the owner of the land is not to receive any particular benefit from the location of the road.

THIS was a case like the preceding one of Unsicker against the same company, and the proof shows much the same state of facts.

The jury assessed damages at one thousand dollars.

A. L. DAVISON, for Appellant.

B. S. PRETTYMAN, and J. ROBERTS, for Appellee.

BREESE, J. This case does not substantially differ from the case of the same plaintiff *v.* Unsicker, *ante*.

The verdict for damages is large, but we cannot say that it is so much so as to authorize us to disturb it.

The road as it runs through the land, is an injury, and a serious one to the owner, and as he is near a well established market

and railroad in full operation, it cannot be said, it is of any particular benefit to him, and no depot or station located on his land.

The judgment is affirmed.

*Judgment affirmed.*